IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE ARNETTE,

    Petitioner,                No. CIV 2:10-cv-2407-JFM (HC)

    vs.

MARTY C. ANDERSON,

    Respondent.              <u>ORDER TO SHOW CAUSE</u>

                                  /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's December 28, 2011 motion to dismiss should not be granted.

DATED: February 6, 2012.

                                                                    UNITED STATES MAGISTRATE JUDGE

/014;arne2407.46.hab

1